UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LAWRENCE TARRICK PEARSON,<br><br>    Plaintiff,<br>v.<br><br>PROGRESSIVE LEASING, LLC,<br><br>    Defendant. | Case No: 3:17-cv-00059- RLY-TAB<br><br>Honorable Judge Richard L. Young |

## ORDER OF DISMISSAL

Plaintiff, LAWRENCE TARRICK PEARSON ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court a Notice of Voluntary Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

DISTRIBUTION:

Dated:  9/19/2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com